

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos.  02-20-00140-CR
02-20-00149-CR

JAMES CALVIN MASSEY, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court No. 1572638D, 1632168D

## ORDER

## ABATEMENT ORDER

On court's own motion, we abate the appeal, remand the case to the trial court, and direct the trial court to prepare and file findings of fact and conclusions of law. The findings and conclusions shall be filed in the trial court on or before **November 12, 2021**.

The trial court clerk shall then transmit the findings of fact and conclusions of law to this court on or before **November 19, 2021** by means of a supplemental clerk's

record. Upon our receipt of the supplemental clerk's record, the appeal will be reinstated automatically without further order.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court judge, and the trial court clerk.

Dated October 4, 2021.

Per Curiam